WILLIAM B. DAVENPORT, Public Administrator, as Administrator of MICHAEL J. GARRY, Deceased, Respondent, *v.* THOMAS MORRISSY et al., as Executors of THOMAS GARRY, Deceased, Appellants.

*Davenport* v. *Morrissey,* 14 App. Div. 586, affirmed.
(Argued December 14, 1897; decided January 11, 1898.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 9, 1897, upon an order reversing a judgment in favor of plaintiff entered upon the report of a referee and granting a new trial before another referee.

*Samuel Untermyer* and *Louis Marshall* for appellants.

*Charles H. Otis* for respondent.

Judgment affirmed, with costs, on opinion below, and judgment absolute ordered for plaintiff in accordance with stipulation.
All concur.

J. MARTIN WHITE et al., Respondents, *v.* JOHN C. SCHREIBER, Appellant.

*White* v. *Schreiber,* 86 Hun, 348, affirmed.
(Argued December 14, 1897; decided January 11, 1898.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered May 7, 1895, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*P. C. J. De Angelis* for appellant.

*William Townsend* for respondents.

Judgment and order affirmed, with costs, on opinion below.
All concur, except MARTIN and VANN, JJ., not sitting.